UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

BEVERLY ANDERSON, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CATALINA STRUCTURED FUNDING, INC.,

Defendant.

Case No. 1:21-cv-00197-PLM-SJB

Hon. Paul L. Maloney

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

Plaintiff Beverly Anderson purported to serve Defendant Catalina Structured Funding, Inc. with the summons and complaint in this matter on March 2, 2021, which would make Defendant's deadline to respond to the complaint March 23, 2021. Defendant disputes that service was proper. However, the parties are actively discussing a possible resolution to this matter. In order to allow the parties to focus their resources on resolving this matter, and to allow Defendant time to retain counsel in the event that the parties are not able to resolve this matter, the parties agree to extend the time for Defendant to respond to the complaint by 45-days, until and including May 7, 2021. Because the Court has not yet scheduled the Rule 16 Conference, this extension will not affect any other deadline.

| By: | */s/ Ignacio Hiraldo (w/ permission)* | By: | */s/ Christopher R. Milton* |
|---|---|---|---|
| | IJH Law | | Catalina Structured Funding, Inc. |
| | Ignacio Hiraldo, Esq. | | Christopher R. Milton |
| | 1200 Brickell Ave., Suite 1950 | | 2626 Foothill Blvd., Ste. 200 |
| | Miami, FL 33131 | | La Crescenta, CA 91214 |
| | E: IJhiraldo@IJhlaw.com | | Tel (800) 449-6311 |
| | T: 786-496-4469 | | chris@csfcap.com |
| | Attorney for Plaintiff | | Defendant |

**<u>ORDER</u>**

This matter is before the Court on the parties' Stipulation and the Court, being fully advised in the premises, does hereby GRANT the parties' Stipulation. Therefore, IT IS HEREBY ORDERED that the time for Defendant Catalina Structured Funding, Inc. to respond to the complaint is extended by 45-days, until and including May 7, 2021.

DATED: March 22, 2021          /s/ Paul L. Maloney
                               Paul L. Maloney
                               United States District Judge