Case 1:21-cv-00197-PLM-SJB ECF No. 10, PageID.27 Filed 05/07/21 Page 1 of 2

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Beverly Anderson

        Plaintiff(s),

v.

Catalina Structured Funding, Inc.

        Defendant(s).
_____/

Case No. 1:21-cv-00197-PLM-SJB

Hon. Paul L. Maloney

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, Catalina Structured Funding, Inc. (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   ASIMAK, Inc., parent corporation
   TMT Capital, Inc., grandparent corporation (50% ownership)
   Milton Company Holdings, Inc., grandparent corporation (50% ownership)

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: May 7, 2021

/s/ Harrison Brown
(Signature)
Blank Rome LLP
Harrison Brown
2029 Century Park East, 6th Floor
Los Angeles, CA 90077
Attorneys for Defendant Catalina Structured Funding, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys or parties of record.

Dated: May 7, 2021

Respectfully submitted,

By: */s/ Harrison Brown*
**BLANK ROME LLP**
Harrison Brown
hbrown@blankrome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
*Attorneys for Defendant Catalina Structured Funding, Inc.*