UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASE NO: 1:21-cv-00197-JMB-SJB

**BEVERLY ANDERSON,**
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**CATALINA STRUCTURED FUNDING, INC.,**

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**HON. JANE M. BECKERING**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Beverly Anderson and Defendant Catalina Structured Funding, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear its own costs and attorneys' fees. Plaintiff's individual claims are dismissed with prejudice.

Dated: October 28, 2022

| **HIRALDO P.A.** | **BLANK ROME LLP** |
|---|---|
| */s/ Manuel S. Hiraldo* <br> Manuel Hiraldo, Esq. <br> Florida Bar No. 030380 <br> 401 E. Las Olas Blvd., Suite 1400 <br> Fort Lauderdale, FL 33301 <br> mhiraldo@hiraldolaw.com <br> Telephone: 954-400-4713 <br><br> *Counsel for Plaintiff* | */s/ Harrison Brown* <br> Ana Tagvoryan <br>   Ana.tagvoryan@blankrome.com <br> Harrison Brown <br>   harrison.brown@blankrome.com <br> 2029 Century Park East, 6th Floor <br> Los Angeles, CA 90067 <br> Tel.:  424.239.3400 <br> Fax:  424.239.3434 <br><br> Attorneys for Defendant <br> CATALINA STRUCTURED FUNDING, INC. |

1